IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re: )
)
TRI FUND DEVELOPMENT, LLC., )    NO. 15-04492
)
Debtor )
)    Chapter 11
)
)    Honorable Judge Janet S. Baer

### DECLARATION OF AHMAD T. SULAIMAN

I, Ahmad T. Sulaiman, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. I have not represented or had any contact with the Debtor, the Debtor's accountants prior to the Debtor consulting with me about filing bankruptcy and retaining my law firm.

5. My initial retainer and the court costs were paid in the amount of $15,000.00 including the filing fee of $1,717.00.

6. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

7. I have had contacts with attorneys for certain creditors in other cases as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2015.

_____
Ahmad T. Sulaiman

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:                                   )
                                         )
TRI FUND DEVELOPMENT, LLC.,  )   NO. 15-04492
                                         )
Debtor                                   )
                                         )   Chapter 11
                                         )
                                         )   Honorable Judge Janet S. Baer

## DECLARATION OF MOHAMMED BADWAN

I, Mohammed Badwan, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I have not represented or had any contact with the Debtor, or the debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2015.

_____
Mohammed Badwan

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| TRI FUND DEVELOPMENT, LLC., ) | NO. 15-04492 |
| ) | |
| Debtor ) | |
| ) | Chapter 11 |
| ) | |
| ) | Honorable Judge Janet S. Baer |

## DECLARATION OF PAUL M. BACH

I, Paul M. Bach, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants;  I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter;  I have not represented or had any contact with the Debtor, or the debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2015.

_____
Paul M. Bach

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:)
)
TRI FUND DEVELOPMENT, LLC., )  NO. 15-04492
)
Debtor )
) Chapter 11
)
) Honorable Judge Janet S. Baer

I, Penelope N. Bach, declare:

1. I am Of Counsel of the law firm Sulaiman Law Group, Ltd.

2. Applicant and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the debtor, its creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I have not represented or had any contact with the Debtor, or the debtor's accountants prior to the Debtor consulting with Sulaiman Law Group, Ltd. about filing bankruptcy and retaining this law firm; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2015.

_____
Penelope N. Bach