UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-04492 |
| Tri Fund Development, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS

THIS CAUSE coming on to be heard on the application of Tri Fund Development, LLC, Debtor and Debtor-in-Possession, to employ attorneys, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Debtor is authorized to employ Ahmad T. Sulaiman, Mohammed Badwan, Paul M. Bach, and Penelope N. Bach as its attorneys in this case effective February 11, 2015, with compensation for said attorneys to be determined by the Court upon further application.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 09, 2015

**Prepared by:**

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com