**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Tri Fund Development LLC_____ Case No. ____15-4492____ Chapter __11__

All Cases: Moving Creditor _____Urban Partnership Bank_____ Date Case Filed ___2/11/2015___

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe)_____Real estate not owned by Debtor_____

2. Balance Owed as of Petition Date   $ _____1,784,003.25_____
   Total of all other Liens against Collateral $_____0.00_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____103,000_____

5. Default
   a. ☑ Pre-Petition Default
      Number of months __36__       Amount $ _____$1,784,003.25_____

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months _____       Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____       Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid        Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____3/11/2015_____           _____/s/ Patrick M. Jones_____
                                                              Counsel for Movant

(Rev. 12 /21/09)