UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 15-04492 |
|---|---|---|
| TRI FUND DEVELOPMENT, LLC | ) | |
|  | ) | Chapter: 11 |
|  | ) | Honorable Janet S. Baer |
|  | ) | |
| Debtor(s) | ) | |

**ORDER AND NOTICE SETTING HEARING ON DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION, AND FIRST AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT**

IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:

1. Tri Fund Development, LLC ("Debtor") filed a First Amended Plan of Reorganization on June 14, 2015 (the "plan") in this case, and a First Amended Disclosure Statement on June 14, 2015 (the "Disclosure Statement") relating thereto.

2. Debtor to mail a copy of this order, with a copy of the Plan and Disclosure Statement *and ballots* to all parties entitled to vote on or before __6/29__, 2015.

3. On __8/10__, 2015 at __10:00__ am, a hearing to consider approval of the Disclosure Statement will be held by this Court or by another judge sitting in this Court's place, in Room 615 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If at the conclusion of said hearing the Disclosure Statement is approved by the court, the Court will immediately hold a hearing to consider confirmation of the Plan.

4. __7/28__, 2015, is fixed as the last day for those creditors entitled to vote upon the Plan by written ballot, written acceptances or rejections of the plan with the Clerk of the Bankruptcy Court, 7th Floor, 219 S. Dearborn Street, Chicago, IL 60604.

5. Pursuant to Federal Rules of Bankruptcy Procedure 3017(a) and 3020(b), __7/28__, 2015 is the last day for filing with this Court and serving upon the parties listed below via U.S. mail or facsimile transmission, any objection to the approval of the Disclosure Statement or objection to the confirmation of the Plan. Any Objection not filed and served in accordance with this Order is waived.

6. Objections should be filed with the Clerk of the Bankruptcy Court, 219 S. Dearborn, 7th Floor, Chicago, IL 60604 and served upon the following parties.

| Debtor's Attorney | U.S. Trustee's Office |
|---|---|
| Paul M. Bach | Office of the US Trustee |
| Sulaiman Law Group, Ltd. | 219 S. Dearborn |
| 900 Jorie Blvd Suite 150 | Suite 873 |
| Oak Brook, IL 60523 | Chicago, IL 60604 |

Rev: 20130104_bko

7. Counsel for Debtor shall file a ballot report with regard to the Plan on or before __8/3/15__, 2015.

Enter: _/s/ James Barbosa_

United States Bankruptcy Judge

Dated: **2 3 JUN 2015**

**Prepared by:**
Paul M. Bach
SULAIMAN LAW GROUP, LTD
900 Jorie Blvd Suite 150
Oak Brook, IL 60523
(630) 575 - 8181

Rev: 20130104_bko